IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 10-cr-00015-REB-07

UNITED STATES OF AMERICA,

    Plaintiff,

v.

7. ALPHONOSO LOYA-MEDINA,

    Defendant.

---

**MINUTE ORDER**[1]

---

Due to a conflict arising on the court's calendar, the sentencing hearing set for January 26, 2012, at 11:00 a.m., is **VACATED** and is **RESET** to **3:30 p.m.** on January 26, 2012. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

    Dated: January 6, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.